☐ **Mark this box if this form contains Restricted Information.**

**CIRCUIT COURT FOR** Baltimore County , **MARYLAND**
City/County

Located at 401 Bosley Ave     Case No. C-03-CV-20-004343
Court Address

Pete Ferraro                                vs.  Melange Scott
Plaintiff                                        Defendant

3204 Glendale Ave                            3819 Proctor Lane
Address                                          Address

Baltimore MD 21234                           Nottingham MD 21236    410-305-9801
City, State, Zip        Telephone            City, State, Zip         Telephone

**ANSWER TO ☒ COMPLAINT ☐ PETITION ☐ MOTION**
(Md. Rule 2-323)

MDEC counties only: If this submission contains Restricted Information (confidential by statute, rule or court order) you must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission, and check the Restricted Information box on this form.

I, Melange S. Scott , state the following answers to the
              Name

_____ filed against me:
Name of complaint, petition, or motion

1. Paragraph No. 1 (*check one*):
☒ I admit the statement(s).
☐ I deny the statement(s).
☐ I deny all of the statement(s), **except** that I admit that

_____
State the facts contained in this paragraph that you admit
☐ I do not have enough information to either admit or deny the statement(s).
☐ There is no paragraph no. 1.

2. Paragraph No. 2 (*check one*):
☒ I admit the statement(s).
☐ I deny the statement(s).
☐ I deny all of the statement(s), **except** that I admit that

_____
State the facts contained in this paragraph that you admit
☐ I do not have enough information to either admit or deny the statement(s).
☐ There is no paragraph no. 2.

3. Paragraph No. 3 (*check one*):
☒ I admit the statement(s).
☐ I deny the statement(s).
☐ I deny all of the statement(s), **except** that I admit that

_____
State the facts contained in this paragraph that you admit
☐ I do not have enough information to either admit or deny the statement(s).
☐ There is no paragraph no. 3.

4. Paragraph No. 4 (*check one*):
☒ I admit the statement(s).
☐ I deny the statement(s).
☐ I deny all of the statement(s), **except** that I admit that

_____
State the facts contained in this paragraph that you admit
☐ I do not have enough information to either admit or deny the statement(s).
☐ There is no paragraph no. 4.

CC-DR-050 (Rev. 01/2021)             Page 1 of 4                    ANSWE
                                                                     ANSMO
FILED MAR 0 2 2021

Case No. C-03-CV-20-004343

5. Paragraph No. 5 (*check one*):
   ☒ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 5.

6. Paragraph No. 6 (*check one*):
   ☒ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 6.

7. Paragraph No. 7 (*check one*):
   ☒ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 7.

8. Paragraph No. 8 (*check one*):
   ☒ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 8.

9. Paragraph No. 9 (*check one*):
   ☐ I admit the statement(s).
   ☒ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☐ There is no paragraph no. 9.

Case No. C-03-CV-20-004343

10. Paragraph No. 10 (*check one*):
    ☐ I admit the statement(s).
    ☒ I deny the statement(s).
    ☐ I deny all of the statement(s), **except** that I admit that

    _____
    State the facts contained in this paragraph that you admit
    ☐ I do not have enough information to either admit or deny the statement(s).
    ☐ There is no paragraph no. 10.

11. Paragraph No. 11 (*check one*):
    ☐ I admit the statement(s).
    ☐ I deny the statement(s).
    ☒ I deny all of the statement(s), **except** that I admit that
    Flood damage to basement bathroom
    State the facts contained in this paragraph that you admit
    ☐ I do not have enough information to either admit or deny the statement(s).
    ☐ There is no paragraph no. 11.

12. Paragraph No. 12 (*check one*):
    ☐ I admit the statement(s).
    ☐ I deny the statement(s).
    ☒ I deny all of the statement(s), **except** that I admit that
    April's rent charge.
    State the facts contained in this paragraph that you admit
    ☐ I do not have enough information to either admit or deny the statement(s).
    ☐ There is no paragraph no. 12.

13. Paragraph No. 13 (*check one*):
    ☐ I admit the statement(s).
    ☒ I deny the statement(s).
    ☐ I deny all of the statement(s), **except** that I admit that

    _____
    State the facts contained in this paragraph that you admit
    ☐ I do not have enough information to either admit or deny the statement(s).
    ☐ There is no paragraph no. 13.

14. Paragraph No. 14 (*check one*):
    ☐ I admit the statement(s).
    ☒ I deny the statement(s).
    ☐ I deny all of the statement(s), **except** that I admit that

    _____
    State the facts contained in this paragraph that you admit
    ☐ I do not have enough information to either admit or deny the statement(s).
    ☐ There is no paragraph no. 14.

Case No. C-03-CV-20-004343

15. Paragraph No. 15 (*check one*):
   ☐ I admit the statement(s).
   ☐ I deny the statement(s).
   ☐ I deny all of the statement(s), **except** that I admit that

   _____
   State the facts contained in this paragraph that you admit
   ☐ I do not have enough information to either admit or deny the statement(s).
   ☒ There is no paragraph no. 15.

16. In my defense to any of the statements made by the opposing party, I would like the court to consider the following facts: Plantiff was notified that I would be vacating house on 3-26-2020. My last day at property was 4-29-2020. Flood damage to basement bathroom in which Plantiff was made aware of in December of 2019, which he did not address. I paid March & April water bill.

**FOR THESE REASONS**, I request (*check all that apply*):
   ☒ Dismiss / Deny the complaint / petition / motion.
   ☐ Grant the relief requested in the complaint / petition / motion.
   ☐ Grant all of the relief requested in the complaint / petition / motion **except** dismiss / deny

   _____
   State the relief requested by the opposing party that you do NOT want the court to grant.
   ☒ Order any other appropriate relief.

   2-12-2021
   Date

   [Signature]

## AFFIDAVIT

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

2-12-2021
Date

[Signature]

Melanie S. Scott
Printed Name

410-365-9801
Telephone Number

3819 Proctor Lane
Address

Nottingham MD 21236
City, State, Zip

## CERTIFICATE OF SERVICE

I certify that I served a copy of this Answer, and any attached documents, upon the following persons by ☒ mailing first class mail, postage prepaid ☐ hand delivery, on 2-12-2021 to:

Pete Ferraro
Name

3204 Glendale Ave
Address

Baltimore MD 21234
City, State, Zip

Scott B. Wheat
Name

502 Washington Ave, Suite 730
Address

Towson, MD 21204
City, State, Zip

2-12-2021
Date

[Signature of Party Serving]