C-03-CV-20-004343

# EXHIBIT C

**Rent Ledger**        **3204 Woodring Avenue**

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 3/16/15 | Security Deposit | $1,300.00 | $0.00 |
| 4/1/20 | Rent | $1,450.00 | $1,450.00 |
| 4/5/20 | Late Charge | $65.00 | $1,515.00 |
| 5/1/20 | Rent | $1,450.00 | $2,965.00 |
| 5/1/20 | Security Deposit | ($1,300.00) | $1,665.00 |
| 5/1/20 | Interest on Deposit | ($118.04) | $1,546.96 |
| 6/1/20 | Rent | $1,450.00 | $2,996.96 |
| 6/2/20 | Water bill | $115.78 | $3,112.74 |
| 7/1/20 | Rent | $1,450.00 | $4,562.74 |
| 8/1/20 | Rent | $1,450.00 | $6,012.74 |
| 9/1/20 | Rent | $1,450.00 | $7,462.74 |
| 10/1/20 | Rent | $1,450.00 | $8,912.74 |
| 11/1/20 | Rent | $1,450.00 | $10,362.74 |
| 12/1/20 | Rent | $1,450.00 | $11,812.74 |
|  | Property Damages | $6,534.25 | **$18,346.99** |