| | | |
|---|---|---|
| MELANGE SHAMELL DAVIS, | * | IN THE |
| Appellant, | * | COURT OF SPECIAL APPEALS |
| v. | * | OF MARYLAND |
| PETER M. FERRARO, | * | No. 383, SEPTEMBER TERM 2021 |
| Appellee. | * | MDEC: CSA-REG-383-2021 |
| | | Cir. Ct. No. C-03-CV-20-004343 |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

On July 15, 2021, this Court entered an order granting a motion to dismiss filed by the appellee and dismissing this appeal for the appellant's failure to file an information report. However, prior to the entry of the Order of dismissal, this Court noticed that a suggestion of bankruptcy had been filed in the circuit court. Because it appeared that the captioned appeal was subject to the stay of 11 U.S.C. §362(a), this Court stayed this appeal on July 7, 2021.

Because the July 15, 2021 Order of dismissal was entered following the filing of the appellant's bankruptcy petition and this Court's order staying this appeal, it is this 25th day of August 2021,

ORDERED that the Court's July 15, 2021 Order is rescinded; and it is further

ORDERED that this appeal remains stayed pending further Order of the Court. The parties shall immediately notify this Court of any orders of the United States Bankruptcy Court (Case No. 21-14292) affecting the automatic stay.

THE JUDGE'S SIGNATURE APPEARS ON THE ORIGINAL OF THIS DOCUMENT