Entered: February 1st, 2022
Signed: February 1st, 2022

**SO ORDERED**



Nancy V. Alquist
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## AT BALTIMORE

| | |
|---|---|
| In re: | Case No. 21-14292 |
| Melange S. Scott, | Chapter 13 |
| Debtor. | |
| Melange S. Scott, | |
| Movant/Debtor, | |
| v. | |
| Peter Ferraro, | |
| Respondent. | |

**ORDER GRANTING DEBTOR'S MOTION FOR RELIEF FROM**
**THE AUTOMATIC STAY RE: APPEAL PROCEEDING [ECF NO. 41]**

This matter is before the Court pursuant to the Motion for Relief form the Automatic Stay to Permit Continuation of Pending Appeal Proceedings (the "Motion") filed by the Debtor, the response thereto filed by respondent Peter Ferraro, and the reply filed by the Debtor [ECF Nos.

41, 44, 45]. A hearing was held on January 20, 2022. In accordance with the ruling made on the record at the hearing, it is, by the United States Bankruptcy Court for the District of Maryland, at Baltimore, hereby

**ORDERED,** that relief from the automatic stay of 11 U.S.C. § 362 is granted to permit the Debtor to continue to prosecute her appeal of the judgment issued by the Circuit Court for Baltimore County in favor of Respondent on April 19, 2021, to the extent the Debtor has any such appeal rights pursuant to applicable non-bankruptcy law; and it is further,

**ORDERED**, that the parties must obtain appropriate relief from the automatic stay to the extent that either such party seeks to enforce any judgment or decision obtained and/or that either such party seeks to obtain possession of, control over, or to sell, dispose, or otherwise act with respect to any property in which the Debtor has an interest,

cc:  Debtor
     Debtor's Counsel
     Respondent's Counsel
     Chapter 13 Trustee

**##END OF ORDER##**